IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KRYSTAL BROWN                                                                      PLAINTIFF

v.                                                                                         No. 4:04CV187-M-B

COMMUNITY HOSPICE CARE, INC., ET AL.                                  DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated August 24, 2005, was on that date duly served by mail upon the *pro se* plaintiff at her last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 24, 2005, is hereby approved and adopted as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice for failure to prosecute under FED. R. CIV. P. 41(b).

3. That this case is **CLOSED.**

THIS, the 23rd day of January, 2006.

                                                                                /s/ Michael P. Mills
                                                            **UNITED STATES DISTRICT JUDGE**